1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE VEJAR, | ) | Case No. CV 08-6732 BRO(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ JUDGMENT |
| v. | ) | |
| MATTHEW CATE, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 17, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE